IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PHILLIP KUHLING, | § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 6:16-CV-01269-RC |
| v. | § § § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On April 19, 2017, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 11), recommending that the case be dismissed for untimely statutory initiation. No objections to the R&R have been presented for consideration within the prescribed time period for such objections. Having reviewed the Magistrate Judge's recommendation, the Court agrees with the Magistrate Judge. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED** this the 18 day of **May, 2017.**

_____
Thad Heartfield
United States District Judge